

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

February 10, 1958

Hon. William A. Harrison
Commissioner of Insurance
International Life Building
Austin, Texas

Opinion No. WW-363

Re: Whether a company subject to
the provisions of Subchapter
A of Chapter 5 of the Insur-
ance Code regulating rates
for motor vehicle cr automo-
bile insurance may declare
dividends to one class of in-
sureds upon a different per-
centage basis from another
class of insureds under the
provisions of Article 5.08
and Article 5.09 of the In-
surance Code.

Dear Sir:

You have asked our opinion as follows:

"Articles 5.08 and 5.09 prohibit discrimination or
distinctions being made in the payment of dividends to
policyholders. Article 5.08 specifically says that 'no
insurer shall discriminate in any distributions of prof-
its between insured of a class, and no classes for dis-
tribution shall be made or established except on the ap-
proval of the Board'. We respectfully request your opin-
ion as to whether a company subject to the provisions of
Articles 5.08 and 5.09 may declare dividends to one class
of insureds upon a different percentage basis from another
class of insureds, with the only significant difference
between the two classes being that one class has paid pre-
miums based upon a time period of six months and the other
has paid premiums based upon a time period of twelve months
or longer?" (Emphasis added.)

The effect of the language that you have quoted from Article
5.08 of the Insurance Code as set out above is to vest the Insurance
Department with authority to approve or disapprove the creation of any
classes for distribution. It is the intent of the Legislature in en-
acting Articles 5.08 and 5.09 of the Insurance Code to prevent discrimi-
nation in the payment of dividends to policyholders. In exercising the
authority vested in it, the Board has full authority to determine wheth-
er or not the proposed classes for distribution are justifiable. There-
fore, it is for the Board to determine whether or not there is a significant

difference between the two classes as outlined in your letter so as to warrant approving them as separate classes for the payment of dividends.

### SUMMARY

It is within the authority of the State Board of Insurance to determine whether proposed classes of insureds for dividend purposes are justifiable under Article 5.08 of the Insurance Code.

Yours very truly,

WILL WILSON
Attorney General of Texas

By *Fred B. Werkenthin*

Fred B. Werkenthin
Assistant

FBW:lm

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

John H. Minton, Jr.
B. H. Timmins, Jr.
Marietta McGregor Payne

REVIEWED FOR THE ATTORNEY GENERAL
BY:
    W. V. Geppert